**TKO**
The Khwaja Omer Law Offices, PLLC

OMER W. KHWAJA
*Admitted in NY & NJ*
*Southern District of New York*
*District of New Jersey*
*New York State Bar*
*New Jersey State Bar*

LOUIS J. JOHNSON, JR.
*Admitted in NY & NJ*
*District of New Jersey*
*New York State Bar*
*New Jersey State Bar*

MURTAZA KHWAJA
*Admitted in GA*
*Northern District of Georgia*
*Georgia State Bar*

August 21 2020

To Whom It May Concern:

Through this letter, claimant Kenneth Onyechi authorizes attorney Omer W. Khwaja Esq. to submit a notice of claim in relation to an incident of assault occurring at the Hoboken PATH station on May 24 2020.

.

.

Best,

s/s/ Omer Waqas Khwaja, Esq.     DATE:   8/21/2020
Omer W. Khwaja, Esq.
okhwaja@tkolawoffices.com
917 574 3081

s.s Kenneth Onyechi
8/21/2020

_____