I reached out to a number of civil rights and personal injury attorneys admitted to the state of New Jersey for requests of legal representation while also applying to legal aid organizations including the **ACLU NJ**, **NAACP Legal Defense Fund**, and the **Delaware-New Jersey** chapter of the **National Lawyers Guild**.

I was turned down or ignored by just about all of these attorneys, and my applications to the legal aid organizations I mentioned above were denied. The director of New Jersey's **ACLU** chapter informed me of their keen selectivity of cases due to limited public funding, and a rep of the **DE-NJ** chapter claimed their denial of my request was based on timing and deadlines.

I also reached out to the law school clinics of **Rutgers** and **Seton Hall**. I was told by a Seton Hall representative that their law school clinic is on hiatus due to the pandemic, and I never got a response from Norrinda Hyat who oversees the *Civil Justice Division* of **Rutgers' Law School Clinic**. I even contacted **Northeast New Jersey Legal Services** and **New Jersey Bar Association**. However, I discovered **NNJLS** only assist clients with social services type of cases, while the **NJ Bar Association**, only provides a pay-per-attorney referral service. I only paid for their referral service once.

The only two private lawyers willing to take on my case were Attorneys Omer Waqas Khwaja and Darius A. Marzec. Attorney Khwaja is the attorney who prepared a notice of claim on my behalf, but I was unable to move forward with him for bandwidth issues. According to Mr. Khwaja, his caseload wouldn't enable him to properly focus on a case with the magnitude of mine. I did not move forward with Attorney Marzec due to the return on investment that would result from our attorney-client relationship. Attorney Marzec told me the amount of money he would charge me for his services would very likely be much greater than the amount I would receive in a settlement. Mr. Marzec also mentioned he does not have familiarity on how much the type of damages for my case would be worth. It was at this point I decided it was not only in my best interest but practical to obtain legal representation on a pro bono basis.

I then started solely reaching out to law firms with pro bono programs. Still, I've had no luck securing legal representation. The reasons for the declines of my request from these pro bono directors include conflict of interest with **PORT Authority** being one of their clients, not being experts of the nature for my case, and a sheer lack of interest. There were also couple of practices that did not respond at all to me.

Due to my passion and persistence in seeking justice and holding the **PORT Authority Police** accountable for their behavior towards me, I earnestly request for my case to also be considered for a court-appointed paid attorney, and for the statute of limitations to be extended.

Thank You,

*Kenneth Onyechi*